# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## Western Division

| | |
|---|---|
| BOARD OF TRUSTEES OF THE TEAMSTERS MISCELLANEOUS SECURITY TRUST FUND in their capacity as fiduciaries for the TEAMSTERS MISCELLANEOUS SECURITY TRUST FUND,<br><br>Plaintiff,<br><br>vs.<br><br>AMERIPRIDE SERVICES, LLC, a California limited liability company; and AMERIPRIDE SERVICES, INC., a Delaware corporation,<br><br>Defendants. | CASE NO. 2:23-cv-09781-CAS-MARx<br><br>**Order Dismissing Action Pursuant to Stipulation of the Parties**<br><br>Fed. R. Civ. P. 41(a)(1)(A)(ii) |

The parties having stipulated and good cause appearing, IT IS HEREBY ORDERED that this action be and is hereby dismissed with prejudice.

IT IS SO ORDERED.

Dated: October 8, 2024

*Christina A. Snyder*

Honorable Christina A. Snyder
United States District Judge

-1-

[PROPOSED] ORDER DISMISSING ACTION PURSUANT TO STIPULATION OF THE PARTIES